# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Non-Judicial Civil Forfeiture Proceeding involving the seizure of $10,936 in United States currency and Mexican Pesos valued at $1,779.07 in United States currency | No. MC-23-00014-TUC-RM<br><br>**AMENDED ORDER** |

Pending before the Court is the United States of America's Motion to Extend Time to File Complaint for Forfeiture and/or to Obtain Indictment Alleging Forfeiture. (Doc. 1.) Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States requests an additional 60 days to file its complaint for forfeiture pertaining to the seizure of $10,936 in U.S. currency and Mexican Pesos valued at $1,779.07, and/or to obtain an indictment alleging that the property is subject to forfeiture. (*Id.*) The United States avers that the law firm Mitchell & Mitchell, LLC has filed a claim regarding the seized assets, and that the United States and claimants are attempting to resolve the matter without the need for filing a judicial action for forfeiture against the seized assets. (*Id.* at 2.) The United States avers that Mitchell & Mitchell, LLC, has agreed to the requested 60-day extension. (*Id.*)

Accordingly,

**IT IS ORDERED** that the United States of America's Motion to Extend Time to File Complaint for Forfeiture and/or to Obtain Indictment Alleging Forfeiture (Doc. 1) is **granted**, *nunc pro tunc*.

. . . .

**IT IS FURTHER ORDERED** that the date by which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture is extended to **February 10, 2024**.

Dated this 8th day of January, 2024.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -